IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS,

          Plaintiff,

    v.

NORTH AMERICAN AIRLINES,

          Defendant.

NO. C05-0126 TEH

ORDER RE: SCOPE OF
JULY 27-28, 2005 HEARING

The Court has received and carefully considered the parties' June 17, 2005 joint statement regarding the scope of the hearing scheduled in this case for July 27 and 28, 2005. The Court issues this order to clarify that the scheduled hearing will encompass only the issues raised in Plaintiff's motion for preliminary injunctive relief and will not resolve Plaintiff's request for permanent injunctive relief. The parties shall be prepared to give brief opening statements at the start of the hearing that summarize the relevant legal standard and any factual issues the Court must resolve before determining whether preliminary injunctive relief is appropriate.

**IT IS SO ORDERED.**

DATED   06/21/05                          /s/
                                        THELTON E. HENDERSON, JUDGE
                                        UNITED STATES DISTRICT COURT