IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>              Plaintiff,<br><br>       v.<br><br>NORTH AMERICAN AIRLINES,<br><br>              Defendant. | NO. C05-0126 TEH<br><br>ORDER VACATING NOVEMBER 14, 2005 CASE MANAGEMENT CONFERENCE |

The Court is in receipt of a letter, dated November 3, 2005, from counsel for Plaintiff International Brotherhood of Teamsters. Plaintiff requests that the Court vacate the November 14, 2005 case management conference because the parties have agreed that the Court's order on Plaintiff's motion for preliminary injunctive relief "addresses the parties' dispute in sufficient manner to make appropriate the entry of final judgment." The parties' November 7, 2005 joint case management statement contains a similar request. Upon careful consideration, the Court agrees that entry of final judgment would be appropriate.

Accordingly, IT IS HEREBY ORDERED that the November 14, 2005 case management conference is vacated. IT IS FURTHER ORDERED that the parties shall meet and confer regarding the form of the proposed judgment, and Plaintiff shall file a proposed judgment, approved as to form by Defendant, on or before **Tuesday, November 15, 2005.** If the parties cannot reach full agreement on the form of judgment, they shall attempt to reach

1  agreement on as many terms as possible and shall file, also on or before **November 15, 2005,**
2  a joint statement setting forth the remaining disputes.

4  **IT IS SO ORDERED.**

6  DATED     11/09/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT